FILED
AUG 13 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-3-03-30309-BZ |
| Plaintiff, | [PROPOSED] ORDER OF PRETRIAL DETENTION |
| v. | |
| SUMIO ITO, | |
| Defendant. | |

Sumio Ito (hereinafter "Defendant") is charged in a Criminal Complaint filed on August 7, 2003, with a violation of 8 U.S.C. §1324(a)(1)(A)(iv)-encouraging and inducing an alien to enter the United States knowing such entry to be unlawful. The maximum penalty for this offense is five (5) years imprisonment, a $250,000 fine, supervised release for not more than three (3) years, and a $100.00 special assessment. A detention hearing was held in the matter on August 12, 2003. Rebecca Silbert, Assistant Federal Public Defender, appeared as counsel for Defendant. Marlon Cobar, Special Assistant United States Attorney, appeared as counsel for Plaintiff. The Court reviewed the file in this matter, including the report of Pretrial Services presented to the Court and counsel on August 12, 2003, as well as the evidence proffered by the Plaintiff.

## FINDINGS OF FACT

1. Defendant was arrested by inspectors of the Department of Homeland Security's Bureau of Customs and Border Protection as he attempted to enter the United States at the San Francisco International Airport on August 5, 2003.

2. Defendant is a citizen of Japan and currently has no legal immigration status in the United States.

1  3.     The Bureau of Customs and Border Protection has lodged an immigration detainer against Defendant.

4.     Defendant does not have a residence in the United States, nor does he have any known ties to the United States.

5.     Pretrial Services has recommended that the defendant be detained.

### CONCLUSIONS OF LAW

The evidence establishes by a preponderance that Defendant is a flight risk. Accordingly, the Court finds that no condition or combination of conditions can reasonably assure Defendant's appearance at trial and pretrial hearings. Therefore, IT IS HEREBY ORDERED THAT:

1.     Defendant Sumio Ito shall be committed to the Custody fo the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2.     Defendant Sumio Ito shall be afforded reasonable opportunity for private consultation with counsel; and

3.     On order of a court of the United States or at the request of an attorney for the government, the person in charge of the corrections facility in which Mr. Ito is confined shall deliver Mr. Ito to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: 13 Aug 03

BERNARD ZIMMERMAN
United States Magistrate Judge

[PROPOSED] DETENTION ORDER
CR-3-03-30309-BZ                                    2

ls

United States District Court
for the
Northern District of California
August 13, 2003

* * CERTIFICATE OF SERVICE * *

Case Number:3:03-m -30309

USA

vs

Ito

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  August 13, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rebecca Silbert, Esq.
Federal Public Defender's Office
450 Golden Gate Ave
19th Flr
San Francisco, CA  94102

Marlon Cobar, Esq.
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Richard W. Wieking, Clerk

BY: _____
Deputy Clerk